IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Berry, Derick L

Printed: 9/23/08

Case Number: 07 B 19136
Judge: Wedoff, Eugene R
Filed: 10/16/07

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status: Dismissed: June 5, 2008
Confirmed: February 14, 2008

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---:|---:|
|  | 2,434.95 |  |
| Secured: |  | 1,276.37 |
| Unsecured: |  | 0.00 |
| Priority: |  | 0.00 |
| Administrative: |  | 1,025.01 |
| Trustee Fee: |  | 133.57 |
| Other Funds: |  | 0.00 |
| Totals: | 2,434.95 | 2,434.95 |

## DISBURSEMENT DETAIL

|  | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---:|---:|
| 1. | Glenda J Gray | Administrative | 2,500.00 | 1,025.01 |
| 2. | Ocwen Federal Bank FSB | Secured | 0.00 | 0.00 |
| 3. | America's Servicing Co | Secured | 0.00 | 0.00 |
| 4. | Cook County Treasurer | Secured | 0.00 | 0.00 |
| 5. | Washington Mutual | Secured | 0.00 | 0.00 |
| 6. | City Of Chicago | Secured | 0.00 | 25.00 |
| 7. | Washington Mutual | Secured | 0.00 | 0.00 |
| 8. | HSBC Auto Finance | Secured | 0.00 | 993.51 |
| 9. | City Of Chicago | Secured | 1,550.00 | 257.86 |
| 10. | America's Servicing Co | Secured | 33,649.81 | 0.00 |
| 11. | Ocwen Federal Bank FSB | Secured | 8,328.39 | 0.00 |
| 12. | Resurgent Capital Services | Unsecured | 1,951.54 | 0.00 |
| 13. | QVC | Unsecured | 1,546.84 | 0.00 |
| 14. | Resurgent Capital Services | Unsecured | 1,600.38 | 0.00 |
| 15. | HSBC Auto Finance | Unsecured | 8,426.06 | 0.00 |
| 16. | ECast Settlement Corp | Unsecured | 326.53 | 0.00 |
| 17. | City Of Chicago | Secured |  | No Claim Filed |
| 18. | Cook County Treasurer | Secured |  | No Claim Filed |
| 19. | Washington Mutual Finance | Secured |  | No Claim Filed |
| 20. | City Of Chicago | Secured |  | No Claim Filed |
| 21. | Cook County Treasurer | Secured |  | No Claim Filed |
| 22. | Amex | Unsecured |  | No Claim Filed |
| 23. | Bank Of America | Unsecured |  | No Claim Filed |
| 24. | Amex | Unsecured |  | No Claim Filed |
| 25. | Capital One | Unsecured |  | No Claim Filed |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Berry, Derick L

Printed: 9/23/08

Case Number: 07 B 19136
Judge: Wedoff, Eugene R
Filed: 10/16/07

| | | | | |
|---|---|---|---|---|
| 26. | City Of Chicago | Unsecured | | No Claim Filed |
| 27. | General Motors Mortgage Corporation | Unsecured | | No Claim Filed |
| 28. | Capital One | Unsecured | | No Claim Filed |
| 29. | Countrywide Home Loans Inc. | Unsecured | | No Claim Filed |
| 30. | Lowes | Unsecured | | No Claim Filed |
| 31. | Capital One | Unsecured | | No Claim Filed |
| 32. | Medical Collections | Unsecured | | No Claim Filed |
| 33. | General Motors Mortgage Corporation | Unsecured | | No Claim Filed |
| 34. | Washington Mutual Bank FA | Unsecured | | No Claim Filed |
| 35. | City Of Chicago | Unsecured | | No Claim Filed |
| 36. | Washington Mutual Bank FA | Unsecured | | No Claim Filed |
| 37. | Peoples Energy Corp | Unsecured | | No Claim Filed |
| 38. | Cook County Treasurer | Unsecured | | No Claim Filed |
| 39. | City Of Chicago | Unsecured | | No Claim Filed |
| 40. | Cook County Treasurer | Unsecured | | No Claim Filed |
| 41. | HB NV NA | Unsecured | | No Claim Filed |
| | | | _____ | _____ |
| | | | $ 59,879.55 | $ 2,301.38 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 5.4% | 123.72 |
| 6.5% | 9.85 |
| | _____ |
| | $ 133.57 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

